UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:05-cr-10038-DPW |
| | ) | |
| BARRY J. GOODMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE OF R. DANIEL O'CONNOR**

The United States of America hereby requests that the clerk enter an appearance for R. Daniel O'Connor for the United States of America in this matter. Mr. O'Connor is a Senior Trial Counsel at the Securities an Exchange Commission and has been appointed as a Special Assistant United States Attorney for this matter. Mr. O'Connor is registered in the Court's Electronic Case Filing system and his full name, address, and bar number are listed below.

                                                Respectfully submitted,
                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                     By:  /s/ R. Daniel O'Connor
                                           R. Daniel O'Connor (BBO# 634207)
                                             Special Assistant United States Attorney
                                             oconnord@sec.gov
                                             Securities and Exchange Commission
                                             73 Tremont Street, 6th Floor
                                             Boston, Massachusetts 02108
                                             Tel. No. (617) 573-8979
                                             Fax No. (617) 424-5940

Dated: February 18, 2005