# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                CRIMINAL NO. 2005-10038-DPW

BARRY J. GOODMAN,
        Defendant.

## *ORDER PURSUANT TO 18 U.S.C. § 3006A(f)*

COLLINGS, U.S.M.J.

    Pursuant to 18 U.S.C. § 3006A(f), BARRY J. GOODMAN is ORDERED to pay to Clerk, U.S. District Court, the sum of SEVEN HUNDRED FIFTY DOLLARS ($750.00) every MONTH by mailing a check in that amount on or before the close of business on the 7TH of May, 2005 and on or before the close of business on the seventh day of every month thereafter until the above-styled case is disposed of.

    It is FURTHER ORDERED that the monies deposited with the Clerk's Office be credited to the CJA appropriations account since the defendant is represented by a court-appointed attorney.

It is FURTHER ORDERED that Pre-Trial Services make periodic inquiries with the Accounting Department of the Clerk's Office and notify the Court if any payments are not made on a timely basis.

The Clerk shall provide copies of the within Order to Pre-Trial Services, the Accounting Section of the Clerk's Office, the defendant and the defendant's counsel,

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  April 11, 2005