# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                             CRIMINAL NO. 2005-10038-DPW

BARRY J. GOODMAN,
        Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on June 1, 2005; counsel for the defendant were present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    No.

    (2)    No experts will be called at trial.

    (3)    No.

(4)   No non-discovery type motions will be filed.

(5)   *See* Order of Excludable Delay entered this date.

(6)   It is unknown whether or not a trial will be necessary; a trial would last eight days.

(7)   The Final Status Conference is set for **Monday, August 1, 2005 at 2:30 P.M.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra*.

(2)   It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 2, 2005.