# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              CRIMINAL NO. 2005-10038-DPW

BARRY J. GOODMAN,
       Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

2/17/2005 - Indictment returned.

3/2/2005 - Initial Appearance

3/3 - 4/6/2005 - Continuance granted so that the defendant could determine if he could pay $750 to defray in part the costs of a CJA appointed attorney. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

4/7/2005 - Arraignment

4/8 - 5/5/2005 - Excluded as per L.R. 112.2(A)(2)

    6/1/2005 - Conference held.

    6/2 - 8/1/2005 - Continuance granted so that defendant's counsel may review the large amount of documentary evidence disclosed by the United States Attorney. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of August 1, 2005, TWENTY-SIX (26) non-excludable days will have occurred leaving FORTY-FOUR (44) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 2, 2005.