# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2005-10038-DPW

BARRY J. GOODMAN,
        Defendant.

## AMENDED ORDER PURSUANT TO 18 U.S.C. § 3006A(f)

COLLINGS, U.S.M.J.

    Pursuant to 18 U.S.C. § 3006A(f), BARRY J. GOODMAN is ORDERED to pay to Clerk, U.S. District Court, the sum of SEVEN HUNDRED FIFTY DOLLARS ($750.00) by mailing a check in that amount on or before the close of business on the 7TH of May, 2005.  On or before the close of business on the seventh day of every month thereafter BARRY J. GOODMAN is ORDERED to pay to Clerk, U.S. District Court, the sum of FIFTY DOLLARS ($50.00) until the above-styled case is disposed of.  The $50.00 amount shall be in effect for every month that BARRY J. GOODMAN pays $700 or more per month to Roger Davis, Esquire

pursuant to the Order of the Middlesex Superior Court in case MICV2005-01687 entered June 2, 2005.  BARRY J. GOODMAN is ORDERED to notify Pre-Trial Services immediately if, at any time, he does not meet his obligation pursuant to the Middlesex Superior Court Order.

It is FURTHER ORDERED that the monies deposited with the Clerk's Office be credited to the CJA appropriations account since the defendant is represented by a court-appointed attorney.

It is FURTHER ORDERED that Pre-Trial Services make periodic inquiries with the Accounting Department of the Clerk's Office and notify the Court if any payments are not made on a timely basis.

The Clerk shall provide copies of the within Order to Pre-Trial Services, the Accounting Section of the Clerk's Office, the defendant and the defendant's counsel,

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  June 2, 2005