CR 05-10038-DPW

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

SUPERIOR COURT
C.A. NO. 05-168

ROBERT A. WHIGHAM, JR.,
PATRICIA F. WHIGHAM,
JENNIFER A. WHIGHAM,
AND THOMAS S. WHIGHAM
  Plaintiffs

V.

BARRY J. GOODMAN
  Defendant

AND

128 SALES, INC. d/b/a
128 SAAB VOLVO
  Reach and Apply Defendant
  and Trustee

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
MAY 17 2005
CLERK

**MOTION FOR EX PARTE
TRUSTEE PROCESS AND
TEMPORARY RESTRAINING ORDER**

The plaintiffs, Robert A. Whigham, Jr., Patricia F. Whigham, Jennifer A. Whigham and Thomas S. Whigham, move that this Court authorize an ex parte trustee process attachment of the goods, effects and credits of the defendant, Barry J. Goodman, in the hands of the Trustee, 128 Sales, Inc. d/b/a 128 Saab Volvo, in the amount of $582,067. The plaintiff further moves ex parte for a temporary restraining order in accordance with Count I, Prayer (1), restraining and enjoining 128 Sales, Inc. from paying out any amounts due or to become due to Goodman except the amount of $125 for wages due to Goodman for labor performed or services rendered for each week for which such wages were earned, until further order of the Court.

The plaintiffs have a meritorious and substantial claim against Goodman and have already recovered judgment against Goodman in the amount of $582,067. The plaintiffs know of no liability insurance or any other assets other than the monies due or to become due from 128 Sales, Inc. to Goodman, which they may reach to satisfy judgment in this action.

In support of this Motion, the plaintiffs also submit the affidavit of the plaintiff Robert A. Whigham, Jr.

WHEREFORE, the plaintiffs move that the Motion be allowed and that trustee process attachment be issued by the Court against 128 Sales, Inc. in the amount of $582,067 and a temporary restraining order reissued in accordance with Count I, Prayer (1) of the Complaint.

May __/__, 2005

Attorney for plaintiffs,

Roger S. Davis
BBO No. 116320
DAVIS & RUBIN
One Bowdoin Square
Suite 901
Boston, MA 02114-2919
(617) 742-4300

---

MIDDLESEX, ss.   **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this second day of June, 2005.

Patricia A. McCann
Assistant Clerk

---

WHIGHAM4:BJG:MOTEXPARTE

MAS-20041213            Commonwealth of Massachusetts            06/02/2005
mccannp            MIDDLESEX SUPERIOR COURT            12:22 PM
Case Summary
Civil Docket

# MICV2005-01687
## Whigham, Jr. et al v Goodman

| | | | | | |
|---|---|---|---|---|---|
| File Date | 05/17/2005 | Status | Needs review for service (acneserv) | | |
| Status Date | 05/17/2005 | Session | H - Cv H (8A Cambridge) | | |
| Origin | 1 | Case Type | D01 - Specific performance of contract | | |
| Lead Case | | Track | A | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/15/2005 | Answer | 10/14/2005 | Rule12/19/20 | 10/14/2005 |
| Rule 15 | 08/10/2006 | Discovery | 07/06/2007 | Rule 56 | 09/04/2007 |
| Final PTC | 01/02/2008 | Disposition | 05/16/2008 | Jury Trial | No |

### PARTIES

**Plaintiff**
Robert A Whigham, Jr.
Active 05/17/2005

**Private Counsel 116320**
Roger S Davis
Davis & Rubin
1 Bowdoin Square
Suite 901
Boston, MA 02114-2919
Phone: 617-742-4300
Fax: 617-742-4304
Active 05/17/2005 Notify

*175*

**Plaintiff**
Patricia F Whigham
Active 05/17/2005

**Defendant**
Barry J Goodman
31 Upland Street
Served: 05/19/2005
Served (answr pending) 05/26/2005

**Private Counsel 176360**
David S Fox
4 Longfellow Place
Suite 3703
Boston, MA 02114
Phone: 617-227-8889
Fax: 617-227-1474
Active 05/26/2005 Notify

**Reach & Apply Defendant**
128 Sales, Inc. d/b/a
614 North Avenue
Served (answr pending) 05/19/2005

| | | |
|---|---|---|
| MAS-20041213<br>mccannp | Commonwealth of Massachusetts<br>MIDDLESEX SUPERIOR COURT<br>Case Summary<br>Civil Docket | 06/02/2005<br>12:22 PM |

## MICV2005-01687
### Whigham, Jr. et al v Goodman

**Doing busnss as (alias)**
128 Saab Volvo
614 North Avenue
Served (answr pending) 05/19/2005

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/17/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 05/17/2005 | | Origin 1, Type D01, Track A. |
| 05/17/2005 | | (P#1) SON to issue returnable on 05/26/05 at 2:00 PM in courtroom 8A. (Frances A. McIntyre, Justice). |
| 05/17/2005 | 2.0 | Plaintiffs' ex parte MOTION for attachment trustee process and temporary restraining order. The Court sets this motion down for hearing on 05/26/05 at 2:00 PM in courtroom 8A. (McIntyre, J.) |
| 05/17/2005 | 3.0 | Affidavit of Robert A Whigham, Jr. |
| 05/17/2005 | 4.0 | Plaintiffs' MOTION for appointment of special process server Suvalle, Jodrey & Associates. Motion ALLOWED. (McIntyre, J.) |
| 05/17/2005 | 5.0 | Summons and order of notice issued; returnable May 26, 2005 at 2:00 PM in courtroom 8A. |
| 05/26/2005 | 6.0 | SERVICE RETURNED (order of notice): In hd 5/19/05 to deft Barry J. Goodman at 31 Upland Street, North Andover, MA and in hd 5/19/05 to Heather Collins for Reach and Apply Deft 128 Sales, Inc d/b/a Saab Volvo at 614 North Avenue Wakefield, MA. Returned into Court. |
| 06/02/2005 | | MOTION (P#2) After hearing, it is Ordered: Barry J. Goodman is to pay $175. - per week starting 6/3/05 directly to plaintiffs counsel Roger Davis until further order of the Court. No action with prejudice to 128 Sales at Request of Parties. (Frances A. McIntyre, Justice dated 5/26/05). Notices mailed June 02, 2005 |

MIDDLESEX, ss.   *Commonwealth of Massachusetts*
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this second day of June, 2005.

Patricia A. McCann
Assistant Clerk