UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Criminal No. 1:05-cr-10038-DPW |
| | ) | |
| | ) | |
| BARRY J. GOODMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO RESCHEDULE THE FINAL STATUS CONFERENCE**

The parties respectfully request that the Court reschedule the Final Status Conference, currently scheduled for Monday August 1, 2005, to August 16, 2005, or as soon thereafter as is convenient for the Court. As reasons therefore the parties hereby state:

1. Over the last several months, the parties have worked diligently towards reaching a plea agreement to resolve this matter. Although the parties have yet to reach a final agreement, they believe that the interests of justice will be served by providing an additional several days to continue negotiations.

2. The parties agree that the time between the originally scheduled date of the Final Status Conference, and the new date shall be excludable from the time period within which trial must commence.

For the forgoing reasons, the parties respectfully request that the Court reschedule the Final Status Conference to August 16, 2005, or as soon thereafter as is convenient for the Court, and to exclude the additional time from the time period within which trial must commence.

        Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | BARRY J. GOODMAN<br>Defendant |
| **/s/ R. Daniel O'Connor**<br>R. Daniel O'Connor (BBO# 634207)<br>Special Assistant United States Attorney<br>oconnord@sec.gov<br>Securities and Exchange Commission<br>73 Tremont Street, 6th Floor<br>Boston, Massachusetts<br>Tel. No.: (617) 573-8900<br>Fax No.: (617) 424-5940 | **/s/ John E. Wall [DO]**<br>John E. Wall (BBO# 513300)<br>Law Office of John Wall<br>lawofficejwall@earthlink.net<br>1 Commercial Wharf West<br>Boston, MA 02110<br>Tel. No. :617-742-9096<br>Fax No.: 617-742-8604 |

Jack W. Pirozzolo
Assistant U.S. Attorney
jack.pirozzolo@usdoj.gov
Unites States Attorney's Office
John Joseph Moakley US Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts  02210
Tel. No.:  (617) 748-3100
Fax No.:  (617) 748-3953

July 28, 2005