UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:05-cr-10038-DPW |
| BARRY J. GOODMAN, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**
**PURSUANT TO LOCAL RULE 116.5(C)**

The government files this status report in connection with the final status conference of the above-captioned matter scheduled for August 16, 2005:

1. There are no outstanding discovery issues not yet presented or resolved by the Court;

2. Neither party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests;

3. The defendant does not intend to raise a defense of insanity or public authority;

4. The government hereby requests a notice of alibi by the defendant;

5. The defendant has not filed, and at this point in time does not intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial;

6. The parties do not believe that a schedule should be set concerning any matter in the case other than trial;

7.      The parties have discussed the possibility of an early resolution of the case without trial and have reached an agreement as to the terms of a change of plea by the Defendant and hereby request that the Court report the matter to the District Court for a hearing on Defendant's change of plea at the District Court's earliest convenience;

8.      In its order of June 2, 2005, the Court ordered that as of August 1, 2005, twenty-six (26) non-excludable days had elapses leaving forty-four (44) days left to commence trial so as to be within the seventy-day period for trial set by statute.  The parties agree that the additional time between the date of the original Final Status Conference of August 1, 2005, and the revised date of August 16, 2005 is likewise excludable and requests that the Court enter an order to that effect.

9. Although the parties believe that they will resolve this matter without going to trial, they estimate that if trial is necessary it would last one week.

                                               Respectfully submitted,[1]

                                               MICHAEL J. SULLIVAN
                                               United States Attorney

                                               **/s/ R. Daniel O'Connor**
                                               R. Daniel O'Connor (BBO # 634207)
                                               Special Assistant United States Attorney
                                               oconnord@sec.gov
                                               Securities and Exchange Commission
                                               73 Tremont Street, 6th Floor
                                               Boston, Massachusetts
                                               Tel. No.:  (617) 573-8900
                                               Fax No.:  (617) 424-5940

                                               Jack W. Pirozzolo
                                               Assistant U.S. Attorney
                                               jack.pirozzolo@usdoj.gov
                                               Unites States Attorney's Office
                                               John Joseph Moakley US Courthouse
                                               1 Courthouse Way
                                               Suite 9200
                                               Boston, Massachusetts  02210
                                               Tel. No.:  (617) 748-3100
                                               Fax No.: (617) 748-3953

August 15, 2005

---

[1] The government confirmed the substance of this report over the phone with counsel for defendant but did not obtain a final authorization as to the specific language contained herein from defense counsel prior to filing this paper.