# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2005-10038-DPW

BARRY J. GOODMAN,
        Defendant.

## ORDER RETURNING CASE
## TO DISTRICT JUDGE FOR CHANGE OF PLEA

COLLINGS, U.S.M.J.

    The Court has been informed that the defendant intends to plead guilty to the charge(s) contained in the Indictment.

    ACCORDINGLY, THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE WOODLOCK'S SESSION.

    The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

                                            */s/ Robert B. Collings*
                                            ROBERT B. COLLINGS
                                            United States Magistrate Judge

Date: August 16, 2005.