UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| BARRY J. GOODMAN | : |
| | : |
| Defendant, | : |

## USA's CONSENTED MOTION TO RESCHEDULE RULE 11 HEARING

The United States of America, with the consent of Defendant Goodman, hereby moves this Court to reschedule the August 31, 2005 Rule 11 hearing to September 12 at 3 p.m. or such time thereafter as is convenient for the Court. The government requests this action because lead counsel is on trial in Miami, Florida on August 31, 2005 and unable to attend the Rule 11 hearing.

Respectfully submitted,

/s/ R. Daniel O'Connor
R. Daniel O'Connor
oconnord@sec.gov
Special Assistant United States Attorney
Securities and Exchange Commission
73 Tremont Street, 6th Floor
Boston, MA 02108
Telephone: (617) 573-8979
Facsimile: (617) 424-5940

Jack W. Pirozzolo
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3189
Fax: 617-748-3960
Email: jack.pirozzolo@usdoj.gov

August 26, 2005