UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : NO: 05-cr-10038-DPW |
| | : |
| BARRY J. GOODMAN, | : |
| | : |
| Defendant. | : |

**GOVERNMENT'S SUBMISSION RE: RULE 11 HEARING**

The United States, pursuant to the Court's August 25, 2005 Order, hereby makes this submission in anticipation of the Rule 11 hearing scheduled for September 12, 2005 at 2:00 p.m. The Defendant is planning to sign a plea agreement on September 12, 2005. The fully executed plea agreement will then be filed at the plea hearing. The United States also states that pursuant to Section 3143 of Title 18 there is a possibility of detention following the Court's acceptance of the Defendant's plea, but at this time the United States is not going to move for such detention.

Respectfully submitted,

| | |
|---|---|
| /s/ R. Daniel O'Connor | /s/ Jack W. Pirozzolo |
| R. Daniel O'Connor | Jack W. Pirozzolo |
| oconnord@sec.gov | United States Attorney's Office |
| Special Assistant United States Attorney | Suite 9200 |
| Securities and Exchange Commission | 1 Courthouse Way |
| 73 Tremont Street, 6th Floor | Boston, MA 02210 |
| Boston, MA 02108 | 617-748-3189 |
| Telephone: (617) 573-8979 | Fax: 617-748-3960 |
| Facsimile: (617) 424-5940 | Email: jack.pirozzolo@usdoj.gov |

Dated: September 9, 2005