## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | NO. 05 CR 10038DPW |
| v. | ) | |
| BARRY GOODMAN | ) | |

### DEFENDANT BARRY GOODMAN'S MOTION REGARDING RESTITUTION AND FINES

Now comes defendant Barry Goodman through counsel and moves this Court to consider the following in applying its discretion as to restitution and fines:

a)   as reflected on page 18 of the Presentence report, Mr. Goodman has liabilities of $921,028.00 with precious few assets;

b)   the guidelines range appears to be at 17, calling for a sentence of between 24 and 30 months; and

c)   Mr. Goodman has a wife who has been and is a homemaker to him and his two children, Dominique age 7 and Juan age 4. His wife is not employed outside the home.

In view of the foregoing and other consideration to be articulated at sentencing, it is requested that this Court entertain the following with regard to restitution and fines:

a) Determine in accordance with 18 United States Code Section 3664(f)(3)(B) and Guidelines Section 5E1.1(f) that the restitution order "direct the defendant to make nominal periodic payments," since the record reflects "that the economic circumstances of the defendant do not allow the payment of any amount of a restitution order and do not allow for the payment of the full amount a restitution order in the foreseeable future under any reasonable schedule of payments".

b) Determine in accordance with section 5E1.2(e)( (1) of the Sentencing Guidelines that Mr. Goodman " is not able and, even with the use of a reasonable installment schedule, is not likely to become able to pay all or part of the fine required by [section 5E1.2]"; and that in any event, under 5E1.2(e) (2) "imposition of a fine would unduly burden the defendant's dependents" and therefore "waive the fine" in accordance with this Court's discretion under (e) (2) of this section which further provides that community service may also be imposed.

                              Respectfully submitted
                              Barry Goodman
                              By his attorney,

                              ___s/ John Wall___
                              John Wall
                              BBO No. 513300
                              One Commercial Wharf West
                              Boston, MA 02110

Dated: November 15, 2005          617 742-9096

## CERTIFICATE OF SERVICE

     I hereby certify that on November 15, 2005, a true copy of the above document was served upon the United States and by e-filing to Jack Pirozzolo, Esq., AUSA, R. Daniel O'Connor, Esq. Senior Trial Counsel at S.E.C.and by U.S. Post and by fax to Jeffery Smith, U.S. Probation Officer, Rm. 1200, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way Boston, MA 02210.
.

                          _____/s/ John Wall_____
                             John Wall