UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | NO. 05 CR 10038DPW |
| | ) | |
| v. | ) | |
| | ) | |
| **BARRY GOODMAN** | ) | |
| | ) | |

### DEFENDANT BARRY GOODMAN'S MOTION FOR A RECOMMENDATION BY THE COURT TO THE BUREAU OF PRISONS REGARDING LOCUS OF INCARCERATION

Now comes defendant Barry Goodman through counsel and moves that this Court in its discretion recommend to the Bureau of Prisons that it attempt to place Mr. Goodman at FCI Devens in Massachusetts if he qualifies for that facility based on his security level and if such designation does not conflict with BOP policy and/or sound correctional management; understanding of course that the final decision rests with the Bureau of Prisons.

Respectfully submitted
Barry Goodman
By his attorney,

    /s/  John Wall
John Wall
BBO No. 513300
One Commercial Wharf West
Boston, MA 02110
617 742-9096

Dated: November 16, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2005, a true copy of the above document was served upon the United States and by e-filing to Jack Pirozzolo, Esq., AUSA, R. Daniel O'Connor, Esq. Senior Trial Counsel at S.E.C.and by U.S. Post and by fax to Jeffery Smith, U.S. Probation Officer, Rm. 1200, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way Boston, MA 02210.

         /s/ John Wall
          John Wall