UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** ) | | NO. 05 CR 10038DPW |
| v. ) | | |
| **BARRY GOODMAN** ) | | |

## DEFENDANT BARRY GOODMAN'S MOTION FOR AN ORDER ALLOWING SELF-SURRENDER

    Now comes defendant Barry Goodman through counsel and moves for an Order from this Court allowing him to surrender voluntarily at the facility to which he is initially designated and in support thereof states that the Bureau of Prisons draws a positive inference from a Court's determination that the defendant is sufficiently trustworthy to surrender voluntarily and will thus in most instances designate the defendant to a minimum security institution (See accompanying face sheet with page 21 of the "Legal Resources Guide To The Federal Bureau of Prisons 2004")

                                                    Respectfully submitted
                                                    Barry Goodman
                                                    By his attorney,

                                                    ___/s/ John Wall___
                                                    John Wall
                                                    BBO No. 513300
                                                    One Commercial Wharf West
                                                     Boston, MA 02110
Dated: November 16, 2005                     617 742-9096

## CERTIFICATE OF SERVICE

    I hereby certify that on November 16, 2005, a true copy of the above document was served upon the United States and by e-filing to Jack Pirozzolo, Esq., AUSA, R. Daniel O'Connor, Esq. Senior Trial Counsel at S.E.C. and by U.S. Post and by fax to Jeffery Smith, U.S. Probation Officer, Rm. 1200, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way Boston, MA 02210.

                                          ___/s/ John Wall___
                                            John Wall

U. S. Department of Justice
Federal Bureau of Prisons



# LEGAL RESOURCE GUIDE

# TO THE

# FEDERAL BUREAU OF PRISONS

# 2004

proper release procedures are used. They also approve or deny driving privileges for offenders in community programs.

CCCs are available in almost all geographic areas of the country. In addition, there are approximately 40 Comprehensive Sanctions Centers (CSCs) throughout the country. CSCs are similar to CCCs in that they both provide correctional supervision and structured release programs for offenders. However, CSCs offer enhanced programming opportunities, a more structured and graduated system of accountability, and a formalized "team" approach to inmate management, which includes participation of the U.S. Probation Office, the BOP, and the CSC.

### (b)  *Information from the Court*

Information regarding the intent of the court in sentencing an offender is very useful to BOP staff. The Presentence Investigation Report, psychological reports, medical reports, and other information are helpful guides. BOP staff find the Statement of Reasons attachment to the J&C order particularly valuable because it explains the reason for the sentence imposed. In most cases, the J&C order and the Presentence Investigation Report provide the only verified background data on offenders. Because these documents are used in making initial designation decisions and subsequent housing, job, and custody assignments, and pre-release planning, the accuracy of the information they contain is critical to the BOP.

### 2. *Movement to the Institution*

After an institution has been selected, an inmate may be transported to that facility by the U.S. Marshals Service (USMS) in one of two ways. Usually, the USMS transports the individual by car or contract carrier airlines, depending upon the distance. In conjunction with BOP ground transportation and support, the USMS also operates a fleet of aircraft that provides for economical, expeditious movement of inmates.

In addition, rather than being transported by the USMS, the court may order a defendant to surrender voluntarily at the facility to which he or she is initially designated. The BOP draws a positive inference from the court's determination that the defendant is sufficiently trustworthy to surrender voluntarily, and in most cases an inmate who self surrenders will be designated to a minimum security institution as long as public safety considerations do not warrant a higher-security designation. Few of those ordered to surrender themselves fail to do so.

### 3. Central Inmate Monitoring System

The BOP monitors and controls the transfer, temporary release (e.g., on writ), and community activities of certain inmates who present special management needs. See 28 C.F.R. § 524.70, et seq., Part F - Central Inmate Monitoring (CIM) System; Program Statement 5180.04, Central Inmate Monitoring System. Such inmates, known as central inmate monitoring (CIM) cases, require a higher level of review that may include Central Office and/or regional office clearance for transfers, temporary releases, or community activities. This monitoring does not preclude a CIM inmate from such activities when the inmate is otherwise eligible, but rather provides protection to all concerned and contributes to the safe and orderly operation of federal institutions.