UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | NO. 05 CR 10038DPW |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| BARRY GOODMAN | ) |  |
|  | ) |  |
|  | ) |  |

**DEFENDANT BARRY GOODMAN'S PARTIAL WITHDRAWAL OF HIS MOTION REGARDING RESTITUTION AND FINES**

Now comes defendant Barry Goodman through counsel and hereby withdraws that part of his Motion filed on November 15, 2005 that deals with restitution on page 2, paragraph a).

>Respectfully submitted
>Barry Goodman
>By his attorney,
>
>      s/ John Wall
>John Wall
>BBO No. 513300
>One Commercial Wharf West
>Boston, MA 02110

Dated: November 17, 2005                               617 742-9096


CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, a true copy of the above document was served upon the United States and by e-filing to Jack Pirozzolo, Esq., AUSA, R. Daniel O'Connor, Esq. Senior Trial Counsel at S.E.C.and by U.S. Post and by fax to Jeffery Smith, U.S. Probation Officer, Rm. 1200, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way Boston, MA 02210.
.

>      /s/ John Wall
>John Wall