Law Office of
# JOHN WALL
ONE COMMERCIAL WHARF WEST
BOSTON, MASSACHUSETTS 02110
TEL: (617) 742-9096
FAX: (617) 742-8604

FILED
IN CLERKS OFFICE

2005 DEC -1  P 2: 39

December 1, 2005

U.S. DISTRICT COURT
DISTRICT OF MASS.

**BY HAND**

Michelle Rynne, Clerk to Judge Woodlock
Suite 2300
J.J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA -2210

Re: <u>US v. Barry Goodman CR 05- 10038</u>; letters of support for Barry Goodman

Dear Clerk Rynne:

    It appears there was some mix-up with original letters of support for Barry Goodman sent back to me rather than forwarded to the Court by Probation. I enclose 11 original letters of support.

    Also enclosed is a copy of my November 29, 2005 letter to the Probation Office with copies of the 4 additional letters of support sent to Probation at that time.

    Please bring these documents to the attention of the Court prior to the sentencing of Mr. Goodman scheduled for Monday, December 5, 2005 at 2:30PM.

Sincerely,

*John Wall*
John Wall

JW/jcw
Enclosure